AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Western Wisconsin | |
|---|---|---|
| Name (under which you were convicted): <br><br> Renardo Liquori Carter | FILED/REC'D <br><br> 2023 OCT 10 A 11:23 | Docket or Case No.: <br><br> CV 696 WMC |
| Place of Confinement : <br> State of Wisconsin, Wood County Parole | CLERK OF COURT <br> U.S. DISTRICT COURT <br> WD OF WI | Prisoner No.: |
| Petitioner (include the name under which you were convicted) <br><br> Renardo L. Carter | v. | Respondent (authorized person having custody of petitioner) <br><br> State of Wisconsin |
| The Attorney General of the State of: Wisconsin | | |

## PETITION

1.      (a) Name and location of court that entered the judgment of conviction you are challenging:

<br><br>

(b) Criminal docket or case number (if you know):      2018CF000325

2.      (a) Date of the judgment of conviction (if you know):      01/07/2020

(b) Date of sentencing:      03/06/2020

3.      Length of sentence:      3 years Incarceration, 5 years Extended Supervision

4.      In this case, were you convicted on more than one count or of more than one crime?      ☐ Yes      ✔ No

5.      Identify all crimes of which you were convicted and sentenced in this case:

Manufacture/Deliver Heroin (<3g)  961.41(1)(d)1

<br><br>

6.      (a) What was your plea? (Check one)

☐      (1)      Not guilty            (3)      Nolo contendere (no contest)

☐      (2)      Guilty                (4)      Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____
_____
_____
_____
_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    ✔ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ✔ No

8.    Did you appeal from the judgment of conviction?

✔ Yes    ' No

9.    If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know):    2020AP100955 CR

(c) Result:    Summarily Affirmed

(d) Date of result (if you know):    06/09/2022

(e) Citation to the case (if you know):    State v. Carter, No. 2020AP1955-CRNM, 2022 WL 2070456

(f) Grounds raised:    Denial of Due Process, Equal Protection, Ineffective Assistance of Counsel,

Ability to Show Merit under Wisconsin's Anders Procedure

_____
_____
_____
_____
_____

(g) Did you seek further review by a higher state court?    ✔ Yes    ' No

If yes, answer the following:

(1) Name of court:    Wisconsin Supreme Court

(2) Docket or case number (if you know): _____

(3) Result:    Petetion for Review Denied

_____

AO 241 (Rev. 09/17)

                  (4) Date of result (if you know):     08/11/2022

                  (5) Citation to the case (if you know):     State v. Carter, 2022 WI 105

                  (6) Grounds raised:     Imprope denial of Appellate Counsel under the Sixth Amendment,

                  Due Process, Equal Protection, Ineffective assistance of Counsel at the trial level.

(h) Did you file a petition for certiorari in the United States Supreme Court?       Yes    ✔No

        If yes, answer the following:

        (1) Docket or case number (if you know):

        (2) Result:

        (3) Date of result (if you know):

        (4) Citation to the case (if you know):

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

     concerning this judgment of conviction in any state court?       Yes    ✔ No

11.    If your answer to Question 10 was "Yes," give the following information:

     (a)     (1) Name of court:

            (2) Docket or case number (if you know):

            (3) Date of filing (if you know):

            (4) Nature of the proceeding:

            (5) Grounds raised:

            (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

              Yes    ✓ No

            (7) Result:

AO 241 (Rev. 09/17)

        (8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

        (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised: _____

        _____

        _____

        _____

        _____

        _____

        _____

        _____

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ☐ Yes   ✓ No

        (7) Result: _____

        (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

        (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised: _____

        _____

        _____

        _____

        _____

        _____

        _____

        _____

        _____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐  Yes   ✓ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:   ✓ Yes   ' No

    (2) Second petition:   ✓ Yes   ' No

    (3) Third petition:   ✓ Yes   ' No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

    **CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** Denial of Appellate Counsel as Required by the Sixth Amendment of the United States Constitution and the Equal Protection Clause of the 14th Amendment.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Wisconsin Court of Appels Denied the appointment of appellate counsel. They did not use the proper wholly frivilous standard in doing so.

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

**(c)     Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ✔ Yes     ' No

(2) If you did not raise this issue in your direct appeal, explain why: <u>When the appeal was sent. I was denied</u>

<u>court appointed appellate counsel and raised the issue of frivolity at the COA and then raised the issue</u>

<u>of improper frivolity with my petition to the Wisconsin Supreme Court.</u>

**(d) Post-Conviction Proceedings:**

(!) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ✔ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

**GROUND TWO:**              Denial of Effective Assistance to Counsal at the trial level as required by the Sixth Amendment.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

My Counsel failed to investigate the background and bring to light the deal that the confidential informant had with the prosecution. Ths was one of two witnesses at trial. Counsel Failed to investigate evidence of the chain of custody issue with alleged contraband. Failing to attempt to obtain fingerprint evidence.

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

**(c)     Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ✔ Yes      ' No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

**(d)     Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐   Yes      ' No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?                    '  Yes      '  No

(4) Did you appeal from the denial of your motion or petition?               '  Yes      '  No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   '  Yes      '  No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____

_____

_____

**GROUND THREE:**          Failure of the state to disclose agreements with confidential informant

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The State Failed to disclose the extent of the deals with the confidential informant.

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ✔ Yes    ' No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐  Yes    ' No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?    ☐  Yes    ☐  No

(4) Did you appeal from the denial of your motion or petition?    ☐  Yes    ☐  No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐  Yes    ☐  No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Three: _____

_____

**GROUND FOUR:**    Violation of Due Process _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Serious Issues with gaps in the chain of custody. There was inconsistant identification of the alleged contraband

Confidential informant claimed the drugs were in aluminum foil however evidence admitted in trial showed they

were in plastic baggies. The alleged bust occured on 8/25/2017. However, the testing sheet from the police

stated that the substance was tested on 8/24/2017 and this was never explained with any force.

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ✔ Yes    ' No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ' No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?           ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?       ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four:

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

13.   Please answer these additional questions about the petition you are filing:

   (a)   Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ✓ Yes      '   No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:   _____

   _____

   _____

   (b)   Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

   _____

   _____

   _____

14.   Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?      '   Yes   ✓ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.   _____

   _____

   _____

   _____

   _____

   _____

   _____

15.   Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?      '   Yes   ✓ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.   _____

   _____

   _____

   _____

   _____

AO 241 (Rev. 09/17)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

(b) At arraignment and plea: _____

(c) At trial: _____

(d) At sentencing: _____

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ' Yes   '✓ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ' Yes   ' No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

_____

_____

_____

_____

_____

Page 14 of 16

AO 241 (Rev. 09/17)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

> (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –
>
> > (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
> >
> > (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
> >
> > (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
> >
> > (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with
respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation
under this subsection.

Therefore, petitioner asks that the Court grant the following relief:    That Appellate counsel be appointed for my appea

and that my sentence be set aside until appeallate counsel can litigate the issues at trial. As for the trial issues

if they are reached I request relief from the jugement of the trial court.

or any other relief to which petitioner may be entitled.

*pro-se Renardo Carter*

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on    *10-3-23*    (month, date, year).

Executed (signed) on _____    (date).

*pro-se Renardo Carter*

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____

_____

Print    Save As...    Reset